447 A.2d 660

Commonwealth v. Burton, Appellant.

Argued March 10, 1982. Stanley P. Stern, for appellant; David DaCosta, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, CIRILLO and LIPEZ, JJ.

Judgment of sentence affirmed.